No. 04–711. KOONIN v. UNITED STATES. C. A. 9th Cir. Reported below: 361 F. 3d 1250;

No. 04–858. GRASSO v. UNITED STATES. C. A. 3d Cir. Reported below: 381 F. 3d 160; and

No. 04–1086. ROBINSON v. UNITED STATES. C. A. 6th Cir. Reported below: 116 Fed. Appx. 646. Certiorari granted, judg-

ments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).